AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

District of Columbia

| | |
|---|---|
| JONATHAN DAVEY | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )     Civil Action No.   19-cv-00106-ABJ |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION | )     **WITHOUT PREPAYMENT OF COSTS** |
| | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   FEDERAL BUREAU OF INVESTIGATION
HEADQUARTERS
935 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20535

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 **30** days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JONATHAN DAVEY, R27328-058
FEDERAL CORRECTIONAL INSTITUTION - ELKTON
P.O. BOX 10
LISBON, OH 44432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:        03/27/2019                           /s/ Michael Darby

                                         *Signature of Clerk or Deputy Clerk*

AO 440b (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| JONATHAN DAVEY | ) |
| _Plaintiff_ | ) |
| v. | )   Civil Action No.   19-cv-00106-ABJ |
| FEDERAL BUREAU OF INVESTIGATION | )   **WITHOUT PREPAYMENT OF COSTS** |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   U.S. ATTORNEY
CIVIL DIVISION, FOURTH FLOOR
501 THIRD STREET, NW
WASHINGTON, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you *30* are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JONATHAN DAVEY, R27328-058
FEDERAL CORRECTIONAL INSTITUTION - ELKTON
P.O. BOX 10
LISBON, OH 44432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date:   03/27/2019

/s/ Michael Darby

_Signature of Clerk or Deputy Clerk_

AO 440b (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### District of Columbia

| | | |
|---|---|---|
| JONATHAN DAVEY | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.   19-cv-00106-ABJ |
| FEDERAL BUREAU OF INVESTIGATION | ) ) ) | **WITHOUT PREPAYMENT OF COSTS** |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 **30** days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     JONATHAN DAVEY, R27328-058
FEDERAL CORRECTIONAL INSTITUTION - ELKTON
P.O. BOX 10
LISBON, OH 44432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  _____03/27/2019_____

_____/s/ Michael Darby_____
*Signature of Clerk or Deputy Clerk*