UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN DAVEY | ) | |
| FCI Elkton | ) | |
| P.O. Box 10 | ) | |
| Lisbon, OH 44432 | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-0106 (ABJ) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION, | ) | |
| 935 Pennsylvania Avenue, NW | ) | |
| Washington, D.C. 20535 | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Marsha W. Yee, Assistant

United States Attorney, as counsel of record for defendant in the above-captioned case.

Dated:   May 22, 2019

Respectfully Submitted,

  /s/ Marsha W. Yee                                    
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:   (202) 252-2539
Email:   Marsha.Yee@usdoj.gov

*Counsel for Defendant*