UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN DAVEY, | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 19-106 (ABJ) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE, | ) | |
| FEDERAL BUREAU | ) | |
| OF INVESTIGATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ANSWER

Defendant United States Department of Justice hereby answers Plaintiff Jonathan Davey's complaint ("Complaint"), ECF No. 1, as follows:

The unnumbered paragraph under the heading "Complaint" contains Plaintiff's characterization of this action and a legal conclusion, to which no response is required. To the extent that a response is required, Defendant denies.

## JURISDICTION AND VENUE

The unnumbered paragraph under the heading "Jurisdiction and Venue" consists of Plaintiff's legal conclusions, to which no response is required. To the extent a response is required, Defendant admits that the Court has subject matter jurisdiction over this case and that venue may be found in this judicial district.

## PARTIES

For the unnumbered paragraph under the heading "Parties," Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence. Defendant admits the allegations in the second sentence. Defendant denies the allegations in the third sentence.

## FACTS

1. Defendant admits that Plaintiff sent a letter dated March 6, 2017, to FBI's Record/Information Section. The remainder of this paragraph provides Plaintiff's characterization of the letter dated March 6, 2017, which speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to that letter for a full and accurate statement of its contents.

2. Defendant admits that it sent a letter dated August 28, 2017, to Plaintiff. The remainder of this paragraph provides Plaintiff's characterization of the letter dated August 28, 2017, which speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to that letter for a full and accurate statement of its contents.

3. Defendant admits that it received a letter dated September 14, 2017, from Plaintiff. The remainder of this paragraph provides Plaintiff's characterization of the letter dated September 14, 2017, which speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to that letter for a full and accurate statement of its contents.

4. Defendant admits that it sent a letter dated September 25, 2017, to Plaintiff. The remainder of this paragraph provides Plaintiff's characterization of the letters dated August 28, 2017, and September 25, 2017, respectively, which speak for themselves and are the best

evidence of their contents.  Defendant respectfully refers the Court to these letters for a full and accurate statement of their contents.

5.      Defendant admits receiving a letter dated June 4, 2018, from Plaintiff.  The remainder of this paragraph provides Plaintiff's characterization of the letter dated June 4, 2018, which speaks for itself and is the best evidence of its contents.  Defendant respectfully refers the Court to that letter for a full and accurate statement of its contents.

6.      Defendant admits sending a letter dated June 14, 2018, to Plaintiff.  The remainder of this paragraph provides Plaintiff's characterization of the letter dated June 14, 2018, which speaks for itself and is the best evidence of its contents.  Defendant respectfully refers the Court to the letter for a full and accurate statement of its contents.

7.      Defendant admits that Plaintiff sent a letter dated July 24, 2018, to the United States Department of Justice's Office of Information Policy ("OIP").  The remainder of this paragraph provides Plaintiff's characterization of the letter dated July 24, 2018, which speaks for itself and is the best evidence of its contents.  Defendant respectfully refers the Court to the letter for a full and accurate statement of its contents.

8.      Defendant admits that Plaintiff sent a letter dated July 30, 2018.  The remainder of this paragraph provides Plaintiff's characterization of the letter dated July 30, 2018, which speaks for itself and is the best evidence of its contents.  Defendant respectfully refers the Court to the letter for a full and accurate statement of its contents.

9.      Defendant admits that OIP sent a letter dated September 14, 2018, to Plaintiff. The remainder of this paragraph provides Plaintiff's characterization of the OIP letter dated September 14, 2018, and possibly the FBI letter dated June 14, 2018, which speak for themselves

and are the best evidence of their contents.  Defendant respectfully refers the Court to these letters for a full and accurate statement of their contents.

10.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, to the extent that this paragraph contains Plaintiff's characterization of his letter to the Office of Government Information Services.  To the extent that the last sentence of this paragraph contains Plaintiff's quotation of a decision of the Court of Appeals, that decision speaks for itself and is the best evidence of its contents.  Defendant respectfully refers the Court to that decision for a full and accurate statement of its contents.

11.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11.

12.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12.

13.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13.

14.     Paragraph 14 contains Plaintiff's legal conclusions, to which a response is not required.  To the extent that a response is required, Defendant denies.

### REQUESTED RELIEF

The remaining paragraphs of the Complaint consist of Plaintiff's requests for relief, to which no response is required.  Defendant denies that Plaintiff is entitled to the requested relief.

## **AFFIRMATIVE DEFENSE**

Defendant reserves the right to amend, alter and supplement the defense contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant through the course of this litigation.

The FOIA request that is the subject of this lawsuit may implicate certain information that is protected from disclosure by one or more statutory exemptions.  Disclosure of such information is not required or permitted.  *See* 5 U.S.C. § 552(b).

Date:  May 23, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:  /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendant*