```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| JONATHAN DAVEY, | ) |
| | ) |
| Plaintiff | ) Civil Action No. 19-106 (ABJ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, | ) |
| Defendant. | ) |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's Minute Order dated May 24, 2019, Defendant Federal Bureau of Investigation ("FBI") respectfully submits this status report in this Freedom of Information Act ("FOIA") case.

The FBI has advised that it has determined that a FOIA exemption that it previously asserted in response to plaintiff's request no longer applies and that it will need additional time to conduct a search and responsiveness review. The FBI further advised that it anticipates needing approximately 60 days to complete the search and responsiveness review and that it will then be able to propose a processing schedule.

The FBI respectfully requests additional time to provide a schedule for completion of its production of non-exempt, responsive records and proposes filing another status report on or before September 5, 2019.

Date: June 19, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2539
Email: Marsha.Yee@usdoj.gov

*Counsel for Defendant*