UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN DAVEY, | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 19-0106 (ABJ) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE, | ) | |
| FEDERAL BUREAU | ) | |
| OF INVESTIGATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's Minute Order dated June 19, 2019, Defendant Federal Bureau of Investigation ("FBI") respectfully submits this status report in this Freedom of Information Act ("FOIA") case.

The FBI has advised that it sent plaintiff a letter dated August 30, 2019, which states that the FBI has located approximately 29,818 pages of potentially responsive records and that the anticipated duplication fees will exceed the $25.00 that plaintiff previously indicated he is willing to pay. Exhibit A at 1. According to that letter, plaintiff has 30 days from August 30, 2019, to provide (i) written notification to the FBI as to his preferred duplication format and (ii) advance payment of 50% of the estimated duplication fees associated with his preferred duplication format or one of the other options for handling such fees. *Id.* at 2. Alternatively, plaintiff may narrow the scope of his request to try to reduce the estimated duplication fees. *Id.*

The FBI has advised that, as of September 4, 2019, it has not received plaintiff's response to its August 30, 2019, letter. Accordingly, the FBI proposes filing another status report on or

before October 30, 2019, to afford plaintiff time to respond to the FBI's letter and to allow the FBI to commence processing and/or the parties to narrow the scope of plaintiff's request.

Date:  September 5, 2019

            Respectfully submitted,

            JESSIE K. LIU, D.C. Bar # 472845
            United States Attorney

            DANIEL F. VAN HORN, D.C. Bar # 924092
            Chief, Civil Division

            By:  /s/ Marsha W. Yee
            MARSHA W. YEE
            Assistant United States Attorney
            Civil Division
            United States Attorney's Office
            555 4th Street, N.W.
            Washington, D.C. 20530
            Telephone:  (202) 252-2539
            Email:  Marsha.Yee@usdoj.gov

            *Counsel for Defendant*