UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN DAVEY, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 19-0106 (ABJ) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's Minute Order dated September 27, 2019, Defendant Federal Bureau of Investigation ("FBI") respectfully submits this status report in this Freedom of Information Act ("FOIA") case.

The FBI has advised that, as of October 28, 2019, it has not received a direct response from plaintiff to its letter dated August 30, 2019.

As for the increase in the number of potentially responsive records, *see* ECF No. 13, Pl.'s Response filed Sept. 19, 2019, the FBI has advised that its Record/Information Dissemination Section ("RIDS") determined that certain potentially responsive records were not included in the initial, rough estimate of potentially responsive records, including approximately 21,924 pages of TIF images, approximately 3 audio/video items, and approximately 256 pages of a section of a subfile. The FBI further advised that the inclusion of these additional potentially responsive records resulted in an updated estimate of approximately 29,818 potentially responsive pages and approximately 3 potentially responsive audio/video items. The FBI has advised that RIDS thus

provided plaintiff an updated cost letter based on the revised page count to ascertain plaintiff's willingness to pay to such costs.

As reflected in the FBI's status report dated June 19, 2019, ECF No. 11, the FBI previously advised that a FOIA exemption (*i.e.*, FOIA Exemption 7(A)) that it previously asserted in response to plaintiff's request no longer applied. *Cf.* ECF No. 13, Pl.'s Response filed Sept. 19, 2019 (asking for explanation for "the FBI's acceptance of [plaintiff's] FOIA in 2019").

Accordingly, the FBI proposes filing another status report on or before December 4, 2019, to afford plaintiff time to respond directly to the FBI's letter and to allow the FBI to commence processing and/or the parties to narrow the scope of plaintiff's request.

Date:  October 30, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendant*