TRULINCS 27328058 - DAVEY, JONATHAN D - Unit: ELK-C-B

---

FROM: 27328058
TO:
SUBJECT: Response Letter to FBI
DATE: 11/06/2019 07:07:14 AM

November 6, 2019

Federal Bureau of Investigation
Attn: David M. Hardy
Litigation Support Unit
Record Information/Dissemination Section
Information Management Division
170 Marcel Drive
Winchester, VA 22602

Re: Civil Action No.: 1:19-cv-00106-ABJ
    FOIPA Report No.: 1370106-000

Dear Mr. Hardy,

This is in response to your letter dated August 30, 2019.

Please process and transfer all 29,818 pages of records and media files onto the 63 CDs and forward immediately to the address below:

Jonathan Davey
c/o Keith Davey
5269 Beaumont Drive
Virginia Beach, VA 23464
(757) 465-0304

The matter of payment for processing cost is before the Court and I will abide by its decision. However, this matter should not impede your prompt record production. In unlikely the event of a redaction, an explanation is required for each redaction. Further, any redaction should not obfuscate my ability to determine the content and context of the record.

Respectfully,

Jonathan Davey
Reg.#: 27328-058
FCI Elkton, Ohio
PO Box 10
Lisbon, OH 44432

TRULINCS 27328058 - DAVEY, JONATHAN D - Unit: ELK-C-B

---

FROM: 27328058
TO:
SUBJECT: Letter to the Clerk of Courts - DC Circuit
DATE: 11/06/2019 07:06:12 AM

November 6, 2019

To the Clerk of Courts
United States District Court
District of Columbia
Room 1225
333 Constitution Avenue NW
Washington, DC 20001

Re: Not Receiving Mail
    Case No.: 1:19-cv-00106-ABJ

Dear Sir,

It has come to my attention that I have not received several Minute Orders from the Court. The last Minute Order I received was issued on 9/9/2019. As a federal inmate, I do not have internet access or a direct email account and must rely on the postal service for all notices and filings. Please begin forwarding to me all filings, orders, and notices for the above-mentioned case along with the most current docket sheet.

Thank you for your attention to this matter.

Respectfully,

Jonathan Davey, pro se
Reg.#: 27328-058
FCI Elkton, Ohio
PO Box 10
Lisbon, OH 44432