UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN DAVEY, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 19-0106 (ABJ) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's Minute Order dated November 1, 2019, Defendant Federal Bureau of Investigation ("FBI") respectfully submits this status report in this Freedom of Information Act ("FOIA") case.

The FBI has advised that it responded to plaintiff's letter dated November 6, 2019, by a letter dated November 27, 2019. The FBI further advised that its November 27, 2019, letter informed plaintiff that the FBI will not process any records until it receives (i) an indication of plaintiff's willingness to pay the estimated duplication fees up to the amount specified in the FBI's August 30, 2019, letter; and (ii) plaintiff's payment of 50% of that amount.

Accordingly, the FBI proposes filing another status report on or before January 29, 2020, to afford plaintiff time to respond directly to the FBI's November 27, 2019, letter and to allow the FBI to commence processing and/or the parties to narrow the scope of plaintiff's request.

Date:  December 4, 2019

        Respectfully submitted,

        JESSIE K. LIU, D.C. Bar # 472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar # 924092
        Chief, Civil Division

        By:  /s/ Marsha W. Yee
        MARSHA W. YEE
        Assistant United States Attorney
        Civil Division
        United States Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        Telephone:  (202) 252-2539
        Email:  Marsha.Yee@usdoj.gov

        *Counsel for Defendant*