UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN DAVEY, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 19-0106 (ABJ) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT AND
RESPONSE TO PLAINTIFF'S MOTION TO SET A
DEADLINE FOR PRODUCTION OF FOIA RECORDS**

Pursuant to the Court's Minute Orders dated December 6, 2019, and January 24, 2020, Defendant Federal Bureau of Investigation ("FBI") respectfully submits this status report in this Freedom of Information Act ("FOIA") case and this response to plaintiff's motion to set a deadline for production of FOIA records, ECF No. 17.

The FBI has advised that it received plaintiff's check for the amount of $470 and that it began processing potentially responsive records. The FBI further advised, however, that in the course of its processing, it noticed that plaintiff had not submitted a certification of identity form for himself or third-party individuals about whom he requested records. The FBI has advised that, unless it has received signed certification of identity forms or other information permitting disclosure (*e.g.*, proof of a specific individual's death or demonstration of public interest overriding a specific individual's privacy interests), it will not be able to confirm or deny the existence of responsive records relating to plaintiff or to third-party individuals. The FBI further advised that it mailed plaintiff the attached, corrected letter dated January 27, 2020, that

requested a signed certification of identity form for plaintiff and the third-party individuals or information permitting disclosure for the third-party individuals, and asked plaintiff to provide such documentation or information by February 14, 2020.

The FBI has advised that it will process any responsive records based on any certification of identity form(s) or information permitting disclosure that plaintiff provides by February 14, 2020.  The FBI has further advised that it anticipates reviewing and processing 500 pages per month (its standard processing rate), making an initial release of any non-exempt, responsive records on or about March 20, 2020, and making monthly releases of any additional non-exempt, responsive records.

Accordingly, the FBI proposes filing another status report on or before March 26, 2020, to afford plaintiff time to provide the certification of identity form(s) and allow the FBI to process records based on the certification of identity form(s) or other information provided by plaintiff.

Date:  January 29, 2020

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:  /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendant*