UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN DAVEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-0106 (ABJ) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION, | ) ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2020, I caused a copy of Defendant's Status Report and Response to Plaintiff's Motion to Set a Deadline for Production of FOIA Records to be served by United States mail, postage prepaid, upon:

> JONATHAN DAVEY
> R27328-058
> Elkton Federal Correctional Institution
> Inmate Mail/Parcels
> P.O. Box 10
> Lisbon, OH  44432

Dated:  January 29, 2020

                                                        /s/ Marsha W. Yee
                                                        MARSHA W. YEE