# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DAVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-106 (ABJ) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On consideration of [18] Defendant's Status Report and Response to Plaintiff's Motion to Set a Deadline for Production of FOIA Records, it is hereby

ORDERED that Plaintiff's Motion to Set a Deadline for Production of FOIA Records [17] is DENIED WITHOUT PREJUDICE. It is further

ORDERED that, on the assumption that Plaintiff timely submits the required Certification of Identity and third-party waiver forms, FBI shall review and process records responsive to Plaintiff's FOIA requests at the rate of 500 pages of records per month. FBI shall file status reports to the Court at 30-day intervals beginning **February 28, 2020**, until all responsive records have been processed. Its final status report shall include a proposed a schedule for dispositive motions.

SO ORDERED.

DATE: January 29, 2020

/s/
AMY BERMAN JACKSON
United States District Judge