UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN DAVEY, )<br>)<br>)<br>Plaintiff ) <br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE, )<br>FEDERAL BUREAU )<br>OF INVESTIGATION, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 19-0106 (ABJ) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's June 2, 2020, Minute Order, Defendant Federal Bureau of Investigation ("FBI") respectfully submits this status report in this Freedom of Information Act ("FOIA") case.

The FBI has advised that its Record/Information Dissemination Section ("RIDS") resumed full staffing on June 8, 2020, and that from that date it began increasing its FOIA processing with a goal of reviewing 300 pages by the end of June 2020 for requests that are in litigation. The FBI has further advised that RIDS reviewed 303 pages and released 184 pages for this case in June.

The FBI has advised that RIDS anticipates returning to its standard monthly processing rate of 500 pages per month during July, subject to any issues that may arise due to COVID-19.

Date:  July 8, 2020

        Respectfully submitted,

        MICHAEL R. SHERWIN
        Acting United States Attorney

        DANIEL F. VAN HORN, D.C. Bar # 924092
        Chief, Civil Division

        By:  /s/ Marsha W. Yee
        MARSHA W. YEE
        Assistant United States Attorney
        Civil Division
        United States Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        Telephone:  (202) 252-2539
        Email:  Marsha.Yee@usdoj.gov

        *Counsel for Defendant*